UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MEGED FUNDING GROUP CORP.,
                     Plaintiff(s)

    -against-

                                                  NOTICE OF APPEARANCE
                                                  Docket No. 24-CV-00863

VARALUZ LLC and
RONALD FRANKLIN HENDERSON.
                    Defendant(s)
---------------------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as counsel in this case for the Plaintiff MEGED FUNDING GROUP CORP.,

I certify that I am admitted to practice in this Court.

Dated:
Brooklyn, New York
February 23, 2024

                                                  Yours, etc.,

                                                  David J. Pretter, Esq. (3138)

                                                  Law Offices of Isaac H. Greenfield, PLLC
                                                  Attorney for Plaintiff
                                                  2 Executive Blvd., Ste. 305
                                                  Suffern, NY 10901
                                                  Phone: (718) 564-6268
                                                  Fax: (516) 387-1117
                                                  david@greenfieldlawpllc.com