# Kasell Law Firm

April 18, 2024

Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Meged Funding Group Corp. v. Varaluz LLC* et al., 24 Civ. 00863 (DG) (TAM)

Judge Gujarati:

    I am counsel for the Defendants in the above-captioned actions. Defendants withdraw their opposition to the motion to remand and respectfully request that the case be remanded to state court.

Respectfully,

/s/ *David Kasell*
*Attorney for Defendants*